UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHANICE J. PARKER,

    Plaintiff,

v.                                Case No. 2:16-cv-1143
                                    JUDGE GEORGE C. SMITH
                                    Magistrate Judge Elizabeth P. Deavers

ERIC M. MILLER, *et al.*,

    Defendants.

## ORDER

This matter is before the Court upon the Parties' Joint Motion for Stay (Doc. 108). At the request of all Parties, this action, including the Court's resolution of pending motions (Docs. 95, 96, and 105), is **STAYED** pending the outcome of a mediation session scheduled for June 21, 2019. The parties are **DIRECTED** to notify the Court of the outcome of the mediation session by June 28, 2019.

It is further **ORDERED** that the insurance representatives with authority to settle the claims on behalf of each of the Defendants may participate in the June 21, 2019 mediation session by telephone.

    **IT IS SO ORDERED.**

                                              */s/ George C. Smith*
                                              **GEORGE C. SMITH, JUDGE**
                                              **UNITED STATES DISTRICT COURT**