UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHANICE J. PARKER, | ) | CASE NO. 2:16-CV-1143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| and | ) | MAGISTRATE JUDGE DEAVERS |
| | ) | |
| CHE TRINITY WELFARE BENEFIT PLAN, | ) | |
| | ) | |
| New Party Plaintiff, | ) | |
| | ) | |
| ERIC M. MILLER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE**

The Parties, by and through their undersigned counsel, having fully resolved all claims in this matter, have agreed to the dismissal the above-referenced case, in its entirety with prejudice. Further, the Parties have agreed that Defendants, Dakotaland Transportation, Inc. and Showplace Wood Products, Inc., will each pay one half of the Court costs in this matter.

Accordingly, it is hereby Ordered as follows:

1. All claims asserted by all parties in this matter are hereby dismissed, with prejudice;

2. Defendants, Dakotaland Transportation, Inc. and Showplace Wood Products, Inc. shall each pay one half of the Court costs in this matter;

3. This matter is hereby stricken from the Court's docket.

Entered this 24th day of June, 2020.

Chief United States Magistrate Judge